FILED
OCT 23 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 13-30229-MJR |
| Plaintiff, ) | |
| ) | Title 18, United States Code, |
| vs. ) | Sections 922(a)(6) and 924(a)(2). |
| ) | |
| NATHAN K. BURCH, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**FALSE STATEMENT TO FIREARMS DEALER**

On or about April 20, 2010, in St. Clair County, within the Southern District of Illinois,

**NATHAN K. BURCH,**

defendant herein, in connection with the acquisition of a firearm – namely, a Hi-Point, Model C9 pistol, bearing Serial Number P1526026 – from Ron & Jo's Firearms & Sporting Supplies, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to Ron & Jo's Firearms & Sporting Supplies, Inc., which statement was intended and likely to deceive Ron & Jo's Firearms and Sporting Supplies, Inc., as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant falsely represented that he was not an unlawful user of, or addicted to marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

### FALSE STATEMENT TO FIREARMS DEALER

On or about May 7, 2011, in St. Clair County, within the Southern District of Illinois,

**NATHAN K. BURCH,**

defendant herein, in connection with the acquisition of two firearms – namely, a Rossi, .357 caliber revolver, bearing Serial Number DU269753; and a Rossi, .357 caliber revolver, bearing Serial Number DU283019 – from Ron & Jo's Firearms & Sporting Supplies, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to Ron & Jo's Firearms & Sporting Supplies, Inc., which statement was intended and likely to deceive Ron & Jo's Firearms & Sporting Supplies, Inc., as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant falsely represented that he was not an unlawful user of, or addicted to marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**A TRUE BILL**

_____
DANIEL T. KAPSAK
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention